**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 29 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10109 |
| Plaintiff - Appellee, | D.C. No. 4:14-cr-01369-CKJ-LAB-1 |
| v. | |
| GUSTAVO ANGELES-GARCIA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted January 27, 2016[**]

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Gustavo Angeles-Garcia appeals from the district court's judgment and

challenges his guilty-plea conviction and his sentence of 37 months imprisonment

and three years supervised release for reentry of a removed alien, in violation of 8

U.S.C. § 1326.  Pursuant to *Anders v. California,* 386 U.S. 738 (1967), Angeles-

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Garcia's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Angeles-Garcia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**